UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY DARNELL DUNOMES,<br><br>                Petitioner,<br><br>   v.<br><br>SCOTT RUSSELL,<br><br>               Respondent. | CASE NO. C12-5456 BHS-JRC<br><br>ORDER GRANTING AN EXTENSION OF TIME |

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636 (b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction, thus, the petition is filed pursuant to 28 U.S.C. § 2254.

    Respondent asks for an extension of time until August 31, 2012 to file an answer (ECF No. 11). Respondent explains that he is waiting for state court records. Respondent shows good cause for the extension of time and the Court grants the motion.

1   Respondent's time to file an answer is extended until August 31, 2012.

2

3   Dated this 20th day of August, 2012.

4

5

6   J. Richard Creatura
    United States Magistrate Judge

ORDER GRANTING AN EXTENSION OF TIME - 2